## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00088-JLK-OES

**MACHINERY EXPRESS, S&H, INC.,**

    Plaintiff,

vs.

**NORTH AMERICAN VAN LINES,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming before the court upon the Joint Stipulation For Dismissal With Prejudice of the parties herein, and the Court being fully advised herein;

The Court finds that this matter has been fully resolved through settlement and hereby orders the dismissal, with prejudice, of Plaintiff's claims herein against Defendant, each party to bear its own costs and attorney fees.

Dated this 28th day of July, 2005

                              BY THE COURT:

                              S/**John L. Kane**
                              Senior Judge, United States District Court